# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00270DAE |
| CASE NAME: | USA v. George Roman Carino |
| ATTYS FOR PLA: | Tom Muehleck |
| ATTYS FOR DEFT: | Rustam Barbee |
| USPO: | Malia Eversole |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/30/2006 | TIME: | 2:15pm-3:00pm |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant George Roman Carino.

Defendant George Roman Carino present in custody.

The Memorandum Plea Agreement is accepted.

Safety valve applies.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant George Roman Carino.

SENTENCE:

Imprisonment:  70 MONTHS

Supervised Release:  5 YEARS

CONDITIONS:

    1. Defendant shall abide by the standard conditions of supervision.

    2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but not more than eight valid drug tests per month during the term of supervision.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. Defendant shall execute all financial disclosure forms, and provide the Probation Office access to any requested financial information.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: Lompoc, CA. Educational and Vocational training. 500 hour intensive drug treatment program.

Defendant advised of his right to appeal.

Government's Oral Motion to Dismiss remaining counts - GRANTED.

Mittimus is stayed until 3/20/2006.

Defendant to self-surrender @2:00 p.m. on 3/20/2006 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Defendant's conditions of release amended to include:

> **Comply with the Electronic Monitoring program under the direction of Pretrial Services.  You are restricted to your residence at all times except as pre-approved by Pretrial Services. The Court authorizes release under the HOME DETENTION restriction.**

Submitted by:  Theresa Lam, Courtroom Manager