**ORIGINAL**



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 10 o'clock and 5 min. A.M.
SUE BEITIA, CLERK

RUSTAM A. BARBEE #5655
Attorney at Law
1188 Bishop St., Suite 2606
Honolulu, Hawaii 96813
Telephone:   (808) 524-4406
Facsimile:   (808) 524-4306
E-mail:      Rustam.Barbee@gte.net

Attorney for Defendant
GEORGE R. CARINO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00270 DAE (01) |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | AMENDING CONDITIONS OF |
| vs. | ) | PRETRIAL RELEASE TO PERMIT |
| | ) | DEFENDANT TO TRAVEL TO |
| GEORGE R. CARINO, | ) | ILLINOIS PRIOR TO SELF |
| | ) | SURRENDER IN MINNESOTA |
| Defendant. | ) | |
| | ) | |

### STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO TRAVEL TO ILLINOIS PRIOR TO SELF SURRENDER IN MINNESOTA

IT IS HEREBY STIPULATED and agreed to by and between the parties herein that the conditions of the defendant's pretrial release be amended to permit him to travel from Hawaii to Glendale Heights, Illinois from March 15, 2006 through March 20, 2006, prior to the defendant surrendering himself for service of his sentence of imprisonment on March 20, 2006 before 2:00 p.m. at FCI Waseca, 1000 University Dr., S.W., Waseca, MN 56093.

It is further agreed that while visiting in Glendale Heights, Illinois, the defendant will reside with his wife's cousin, Robert Barros, III at 1556 Ardmore, Ave., Glendale Heights, Illinois,

60139, telephone no. (630) 545-0305.

All other conditions of Defendant's release previously imposed shall remain the same and in full force and effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, March 13, 2006.

_____
RUSTAM A. BARBEE
Attorney for Defendant
GEORGE R. CARINO


T. Muehleck  3/13/06
_____
THOMAS C. MUEHLECK
Assistant U. S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA


_____
DAVID KAHUNAHANA
Pretrial Services Officer
U. S. PRETRIAL SERVICES OFFICE


IT IS SO APPROVED AND ORDERED:

DATED: Honolulu, Hawaii, 3-14-2006.

_____
THE HONORABLE
United States Magistrate Judge
District of Hawaii

U.S. v. GEORGE R. CARINO, CR. NO. 04-00270 DAE (01); STIPULATION AND ORDER AMENDING CONDITIONS OF PRETRIAL RELEASE TO PERMIT DEFENDANT TO TRAVEL TO ILLINOIS PRIOR TO SELF SURRENDER IN MINNESOTA